# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**CAVALRY SPV I LLC,**

    **Plaintiff,**

    **v.**                                      **Case No. 24-CV-506-SCD**

**EDDIE L. HATCH, JR.,**

    **Defendant.**

---

### ORDER ON DEFENDANT'S MOTION TO CLARIFY

---

In February 2024, Cavalry SPV I, LLC, filed a small claims action against Eddie Hatch in Wisconsin state court. *See* ECF Nos. 1, 1-1. After Hatch removed the matter to federal court, ECF No. 1, the court granted Cavalry's motion to remand it back to state court because federal subject matter jurisdiction is lacking, *see* ECF No. 11 (citing 28 U.S.C. § 1447(c)). Hatch has asked the court to clarify whether he can appeal the court's remand order. *See* ECF No. 12. The court cannot give legal advice to litigants. *Peters v. Monroe,* No. C20-1422 MJP, 2021 WL 1250931, at *1 (W.D. Wash. Apr. 5, 2021) ("As to Plaintiff's second request for clarification regarding his rights on appeal, the Court cannot provide legal advice.") The motion for clarification is therefore denied.

**SO ORDERED** this 9th day of July, 2024.

STEPHEN C. DRIES
United States Magistrate Judge